UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT _Chattanooga_

_Billy W. Locke_ )
_____ )
_____ )
_____ )
(Enter above the NAME of the )
plaintiff in this action.) )

v. )

_Michael Richmond_ )
_Etowah city police Dep._ )
_____ )
(Enter above the NAME of each )
defendant in this action.) )

FILED

JAN 03 2022

Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

1:22-cv-01
TRM/SKL

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts
       involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

   B.  If your answer to A is YES, describe the lawsuit in the space below. (If there is more
       than one lawsuit, describe the additional lawsuits on another piece of paper, using the
       same outline.)

       1.  Parties to the previous lawsuit:

           Plaintiffs: _N/A_

           Defendants: _N/A_

1

2. COURT: (If federal court, name the district; if state court, name the county): _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: N/A

7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT: McMinn County TN mccjx, Po Box 2000 Athens

A. Is there a prisoner grievance procedure in this institution? YES (✓) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO (✓)

C. If your answer is YES,

   1. What steps did you take? N/A

   2. What was the result? N/A

D. If your answer to B is NO, explain why not. I don't know if you can use inmate grievance procedure for a city road cop

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO (✓)

F. If your answer is YES,

   1. What steps did you take? _____

2

2. What was the result? _____

_____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: Billy W. Locke 488415 135487
   Present address: M.C.C.X. Po Box 2000 Wartburg TN, 37887 ~~Box 644 Athens TN 37303~~

   Permanent home address: Box 240 C.R. 890 Etowah TN 37331

   Address of nearest relative: Pam Locke same address

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: Michael Richmond

   Official position: Road Sergeant

   Place of employment: Etowah City Police Department

C. Additional defendants: Etowah City Police Dep.

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

Starts on page 4

on 5-24-20 officer michael Richmond of Etowah
TN, city Police Dept.
count 1 verblale assault
count 2 Psychol assault

on 5-24-20 Deputy Stiles got me out of the car,
I was Face down in the grass he put handcuffs
on me and told officer Richmond to watch me while
he went to get my girlfriend out of the car.
While mr Stiles is on the other side of the car Mr.
Richmond moves me to an enbankment going up to
the Road, when we get to the enbankment he
tells me to lay down on the ground. my hands are
cuff behind my back, while I was obeying his
oder to lay down, I was on my knees, as soon as
I got to my knees he runs his arm between my legs
hits me in the nuts grabs my right leg yanks it out
behind me and takes his shoulder and shoves me
on the ground in front of miss. Stiles of Etowah
police department, Deputy Nathan Stiles mom, and tells
her if I move to tase me, the hole time he is
walking me from the car to the enbankment he is
calling me all kind of S.O.Bs and other
names,
witnesses Nathan Stiles, miss Stile nathens mom. mr. Reed
angela Thomas,

V.  RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

I am asking For $5,000,000 and courts can do as they see fit with the officer but I do hope that he gets what he deserves

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ~~~~ 28 day of 12 ~~~, 20 21.

*Billy Doe*
Signature of plaintiff(s)

5

Dear, courts                                    12-30-21

Some of my cases in this packet might be late to be filed I don't know the law on this. But it is not any falt of my own. From the county jail messing with the legal mail I was afraide that it would not get to wher it was suposed to go and I did not have money for postage, and on the account of the Pandemice, and from Being ship all over the state for the last 8 months, is the Reson for the late Filling if it is late. and if it is will the courts please aesept my late Fillings and appoint my an attorney to help me with these matters.

Thank you and thank you for your time

Fed # 43986-074

Billy Locke

Billy W. Locke 135987
M.C.C.X.
Po Box 2000
Wortburg TN, 37887

RECEIVED
JAN 03 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga