UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| BILLY W. LOCKE, | ) |
|     *Plaintiff*, | ) Case No. 1:22-cv-1 |
| v. | ) Judge Travis R. McDonough |
| MICHAEL RICHMOND, and ETOWAH CITY POLICE DEPARTMENT, | ) Magistrate Judge Christopher H. Steger |
|     *Defendants*. | ) |

**ORDER**

On January 3, 2022, Plaintiff filed this *pro se* action and motion to proceed *in forma pauperis*. (Docs. 1, 2.) On January 10, 2022, Magistrate Judge Christopher H. Steger granted Plaintiff's motion to proceed *in forma pauperis*. (Doc. 5.) On July 6, 2022, Magistrate Judge Steger entered a report and recommendation, recommending that the Etowah City Police Department be dismissed from the action and allowing the case to proceed against Michael Richmond (Doc. 8). Plaintiff has not filed objections to the report and recommendation.

After reviewing the record and the applicable law, the Court agrees with the magistrate judge's findings of fact, conclusions of law, and recommendation. Therefore, the Court **ACCEPTS** and **ADOPTS** the report and recommendation (Doc. 8) pursuant to 28 U.S.C. § 636(b)(1), and **ORDERS** that the Etowah Police Department be **DISMISSED** from the action. Plaintiff's claims may proceed against Michael Richmond.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH
UNITED STATES DISTRICT JUDGE**