U.S. District Court Eastern District
of Tennessee at Chattanooga

Date 6-15-2023

Billy W. Locke, Plaintiff

Case No. 1:22-cv-01

V.

Judge Travis R. McDonough

Michael Richmond, Defendant

Magistrate Judge Christopher H. Steger

## Motion for Entry of Default Judgement

(IF) This court refuses my affidavit demonstrating my claim is for a sum certain in this case, thin I am hear by moving for entry of default judgement by the court. Fed. R. Civ. P. 55

Billy Locke #135987
MCCX
PO Box 2000
Wartburg TN. 37887

Respectfully Submitted
Billy Locke