# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| BILLY W. LOCKE, | ) | |
| | ) | Case No. 1:22-cv-1 |
| *Plaintiff*, | ) | |
| | ) | Judge Travis R. McDonough |
| v. | ) | |
| | ) | Magistrate Judge Christopher H. Steger |
| MICHAEL RICHMOND, | ) | |
| | ) | |
| *Defendant*. | ) | |

## ORDER

For the reasons set forth in the contemporaneously filed memorandum opinion granting Plaintiff Billy Wayne Locke's motion for default judgment, it is **ORDERED**, **ADJUDGED**, and **DECLARED** that Locke is granted a **DEFAULT JUDGMENT** against the non-appearing Defendant Michael Richmond and **AWARDED** damages of **$10,000.00**, plus interest according to law from the date of this judgment until the entire amount is paid. The Clerk is **DIRECTED** to close the case.

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ LeAnna R. Wilson
  CLERK OF COURT